IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-HC-2299-D

| | | |
|---|---|---|
| CHARLES EVERETTE HINTON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DENNIS DANIELS, | ) | |
| | ) | |
| Respondent. | ) | |

On November 28, 2012, Charles Everette Hinton ("Hinton"), a state inmate proceeding pro

se, filed a petition for a writ of habeas corpus [D.E. 1]. Hinton styled his petition as one arising

under 28 U.S.C. § 2241, but on May 20, 2013, this court explained to Hinton why he could not

proceed under that statute and transferred the petition to the Western District of North Carolina [D.E.

23]. Although Hinton was aware of the transfer and had made filings in the Western District of

North Carolina, Hinton filed a motion in this court on June 4, 2013, to amend his petition. [D.E. 25];

see, e.g., Hinton v. Daniels, No. 3:13-CV-303-RJC, [D.E. 25–29] (W.D.N.C.) (Hinton's post-transfer

motions). On June 10, 2013, the Western District reviewed Hinton's petition, declined to convert

it into one arising under 28 U.S.C. § 2254, and dismissed it without prejudice, noting that "the

jurisdictional claim he has raised in the instant petition is frivolous and he has no chance of success

on this claim in any subsequent § 2254 petition." Hinton, No. 3:13-CV-303-RJC, [D.E. 30] 3–4.

On June 12, 2013, Hinton filed a motion for reconsideration in this court [D.E. 26]. On June 28,

2013, Hinton filed a declaration [D.E. 27]. On July 15, 2013, Hinton filed a motion for entry of

judgment [D.E. 28]. On August 2, 2013, Hinton filed a second motion for reconsideration [D.E. 29].

"When a case has been transferred, generally the transferor court . . . loses all jurisdiction over the case and may not proceed further with regard to it." Wye Oak Tech., Inc. v. Republic of Iraq, 666 F.3d 205, 209 (4th Cir. 2011) (quotation omitted), cert. denied, 133 S. Ct. 38 (2012); see Miller v. Toyota Motor Corp., 554 F.3d 653, 655 (6th Cir. 2009); Jones v. InfoCure Corp., 310 F.3d 529, 533 (7th Cir. 2002). Thus, the court DENIES the pending motions [D.E. 25, 26, 28, 29].

SO ORDERED. This **17** day of December 2013.

JAMES C. DEVER III
Chief United States District Judge

2